IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BOARD OF PENSION TRUSTEES OF THE STATE OF DELAWARE, DELAWARE OFFICE OF PENSIONS, | § § § § | No. 427, 2015 |
| Appellant Below-Appellant, | § § § | |
| v. | § § § | Court Below—Superior Court of the State of Delaware, C.A. No. N14A-01-007 |
| CHRISTIANNE M. HAGGERTY, | § § | |
| Appellee Below-Appellee. | § § | |

Submitted: November 6, 2015
Decided: January 26, 2016

Before **VALIHURA, VAUGHN,** and **SEITZ,** Justices.

## ORDER

This 26th day of January 2016, the Court, having considered this matter on the briefs and the record on appeal, has concluded that the appeal should be affirmed on the basis of and for the reasons assigned by the Superior Court's well-reasoned decision dated July 20, 2015.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice